UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN TRACY HOLDINGS LLC,

                      Petitioner,

    – against –

DAYTONA APPAREL GROUP LLC,

                      Respondent.

Case No. 1:23-cv-02957

**JUDGMENT**

Upon reading the Petition to Confirm Arbitration Award, dated April 7, 2023; Affidavit of Salvatore Mancino, sworn to on April 6, 2023; Declaration of Ariel Berschadsky, attorney for Petitioner, dated April 7, 2023; the exhibits attached thereto; and all the prior proceedings had herein, with proof of service thereof:

**NOW**, upon the Petition of Ellen Tracy Holdings LLC, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Petitioner Ellen Tracy Holdings, LLC, 113 East Saddle River Road, Saddle River, New Jersey 07458, have judgment and recover of Respondent Daytona Apparel Group LLC, 200 Madison Avenue, 5th Floor, New York, New York 10016, the sum $1,581,591.62, with interest at 9% per annum as provided in the arbitration award of L. Donald Prutzman of the American Arbitration Association from January 23, 2023, the date of the arbitration award, in the sum of $54,987.18, together with taxable costs of $402, amounting in all to the sum of $1,636,980.80, and that the plaintiff have execution therefor.

Judgment entered this
13th day of June, 2023

                                                    _____, U.S.D.J.